**Brandon Scott LAVERGNE,**
**Plaintiff–Appellant**

v.

**Laincy Vasseur MARTINEZ,**
**Defendant–Appellee.**

**No. 14–30228**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 8, 2014.

Brandon Scott Lavergne, Louisiana State Penitentiary, Angola, LA, pro se.

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The district court's dismissal of Plaintiff–Appellant Brandon Scott Lavergne's

---

claims as frivolous is AFFIRMED. *See Ali v. Higgs,* 892 F.2d 438, 440 (5th Cir. 1990).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

